IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GIANNA MARTORANO,                 :
                                  :
          Plaintiff,              :   CIVIL ACTION
                                  :
     v.                           :   NO. 09-cv-3998
                                  :
CITY OF PHILADELPHIA,             :
et al.,                           :
                                  :
          Defendants.             :
```

## ORDER

AND NOW, this     14th     day of October, 2009, upon consideration of Defendants City of Philadelphia, Philadelphia Police Department, and Fairmount Parks Commission's Motion to Dismiss Plaintiff's Complaint (Doc. No. 3), for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED, and that all of Plaintiff's federal claims are DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6) and the Court declines to exercise jurisdiction as to Plaintiff's remaining state law claims, which are hereby DISMISSED without prejudice.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.